

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00130-CV

| | | |
|---|---|---|
| THE CITY OF FORT WORTH, Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-301921-18) |
| V. | § | October 22, 2020 |
| WESLEY RUST, Appellee | § | Memorandum Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying appellant the City of Fort Worth's plea to the jurisdiction is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that costs are taxed against the party incurring same, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel